FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2020
(1:24-cv-00805-CCE-JGM)

---

LARRY CHAVIS

Plaintiff - Appellant

v.

THE UNIVERSITY OF NORTH CAROLINA - CHAPEL HILL; MARY MARGARET FRANK

Defendants - Appellees

and

BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA

Defendant

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 10/23/2026

Opening brief due: 10/23/2026

Response brief due: 11/23/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk